AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Henry WILLIAMS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. SA-20-MJ-549 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 14, 2020 in the county of Bexar in the Western District of Texas Code, the defendant(s) violated:

| Section | Offense Description |
|---|---|
| 18 U.S.C 922(g) (1) | Felon in Possession of Firearm<br>10 years<br>$250,000 fine<br>3 years supervised release<br>$100 special assessment |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

*Complainant's Signature*

TFO Bryan Smith
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: April 15, 2020

*Judge's signature*

City and state: San Antonio, Texas

Honorable Richard B. Farrer
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

I, DEA Task Force Officer Bryan Smith, being duly sworn do hereby depose and state:

On April 14, 2020, DEA and the Bexar County Sheriff's Office SWAT executed a state narcotics search warrant at the residence belonging to Henry WILLIAMS on Bee Street, San Antonio, Texas, in the Western District of Texas. During the execution of the search warrant, WILLIAMS and a female were located in the rear left bedroom. Both were detained without incident. They were both read their Miranda Rights and the search warrant.

The search of the residence yielded a CMMC, .223 caliber, AR-15 rifle, serial number SWT04235 with a one hundred round drum. This was located in the same bedroom where WILLIAMS was detained. Also in the bedroom in plain view was a Smith & Wesson, .40 caliber semi-automatic handgun, serial number DWF5649. While continuing to search the residence, two "Point Blank" body armor vests were located in the living room area in plain view, and two mason jars were located underneath a piano containing approximately two ounces of marijuana.

According to an Alcohol, Tobacco, Firearms, and Explosives (ATF) interstate nexus expert, neither the CMMC, .223 caliber, AR-15 rifle, serial number SWT04235 or the Smith & Wesson, .40 caliber semi-automatic handgun, serial number DWF5649 were manufactured in Texas. Thus, each traveled in interstate commerce.

WILLIAMS is prohibited from possessing a firearm. Specifically, he was previously convicted of Possession with Intent to Distribute Cocaine and Carrying and Possessing a Firearm in Relation and in Furtherance of a Drug Trafficking Crime in the Western District of Texas- San Antonio Division on 10/13/2009 in cause number 5:08-CR-708-OLG and sentenced to 90 months in the Bureau of Prisons.

Your affiant submits that probable cause exists to support a criminal complaint that **Henry Williams** committed the offense of Felon in Possession of a Firearm in violation of 18 U.S.C. §922(g)(1).

Bryan Smith
Drug Enforcement Administration, Task Force Officer

SUBSCRIBED AND SWORN TELEPHONICALLY AND SIGNED ELECTRONICALLY ON THE 15th DAY OF April, 2020.

HONORABLE JUDGE RICHARD FARRER
UNITED STATES MAGISTRATE JUDGE